Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Abram CHAVEZ-GUDINO |
| **Docket Number:** | 2:00CR00432-05 |
| **Offender Address:** | Long Beach, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/28/2001 |
| **Original Offense:** | 18 USC 924(c)(1)(A) - Possession of Firearms in Furtherance of Drug Trafficking Crimes<br>(CLASS A FELONY) |
| **Original Sentence:** | 60 months Bureau of Prisons; 60 months supervised release; $100 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure; Correctional treatment; Drug testing; Co-payment plan; Register as a drug offender, if required; Cooperate with INS |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/21/2005 |
| **Assistant U.S. Attorney:** | Samuel Wong    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Steve Bauer    **Telephone:** (916) 447-8262 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12B.MRG

RE:   **Abram CHAVEZ-GUDINO**
      **Docket Number: 2:00CR00432-05**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Abram Chavez-Gudino, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Abram Chavez-Gudino, as a special condition of supervision, shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

**Justification:**    Mr. Chavez-Gudino is being supervised by the United States Probation Office in the Central District of California.  In light of the Ninth Circuit Court of Appeals' finding in United States v. Stephens (9th Cir. 2005), the supervising probation officer is requesting the above-mentioned modification.  Their interpretation of the Stephens case limits the probation officer to only three random drug tests outside of treatment, pursuant to 18 USC 3583(d).  Prior to Stephens, upon transition from a contracted drug aftercare program, offenders in the Central District of California graduated to a modified program of aftercare services that included random testing by the probation officer.  However, this modified aftercare treatment has ceased in the Central District of California in response to the Stephens decision.  Their district does not recognize Mr. Chavez-Gudino's special condition that orders him to submit to drug testing as directed by the probation officer. Consequently, it is recommended that the Court set the maximum number of tests for the continued treatment at eight tests per month.  This schedule would allow the probation officer to continue monitoring for illicit drug and/or alcohol abuse; provide intervention if needed; and reduce risk to the community.  The defendant has signed a waiver, agreeing to this modification of his terms of supervision.

Rev. 04/2005
PROB12B.MRG

**RE:    Abram CHAVEZ-GUDINO**
**Docket Number: 2:00CR00432-05**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone: (916) 930-4305

**DATED:**      November 9, 2005
                Sacramento, California
                KMM:jz

**REVIEWED BY:**    /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

_____

**THE COURT ORDERS:**

(X)     Modification approved as recommended.

Date: November 9, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12B.MRG

RE:   **Abram CHAVEZ-GUDINO**
      **Docket Number: 2:00CR00432-05**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


cc:   United States Probation
      Samuel Wong, Assistant United States Attorney
      Steve Bauer, Defense Counsel
      Defendant
      Court File

Rev. 04/2005
PROB12B.MRG

**RE:    Abram CHAVEZ-GUDINO**
**Docket Number: 2:00CR00432-05**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Attachment:    Presentence Report (Sacramento only)

Rev. 04/2005
PROB12B.MRG