**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   **Abram CHAVEZ-GUDINO**
      **Docket Number:   2:00CR00432-05**
      **PERMISSION TO TRAVEL**
      **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Michocan, Mexico.  He is current with all supervision obligations, and the supervising probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 28, 2001, Mr. Abram Chavez-Gudino was sentenced for the offense of 18 USC 924(c)(1)(A) - Possession of Firearms in Furtherance of Drug Trafficking Crimes.

**Sentence imposed:**  60 months Bureau of Prisons; 60 months supervised release; $100 special assessment.

**Dates and Mode of Travel:**  Mr. Chavez-Gudino will depart on or about August 10, 2006, and return on or about August 20, 2006.  The dates are flexible due to his employment.

**Purpose:** To visit his mother who suffered a herniated disc in her back.

Rev. 03/2005
TRAVELOC.MRG

RE:   **Abram CHAVEZ-GUDINO**
      **Docket Number:   2:00CR00432-05**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**      April 27, 2006
               Sacramento, California
               KMM:jz

**REVIEWED BY:**      Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   x

Date:  May 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rev. 03/2005
TRAVELOC.MRG