UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                          RE:    Abram CHAVEZ-GUDINO
                                                      Docket Number:   2:00CR00432-05
                                                      **PERMISSION TO TRAVEL**
                                                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Juarez, Mexico.  According to his supervising probation officer in the Central District of California, he is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 28, 2001, Mr. Abram Chavez-Gudino was sentenced for the offense(s) of 18 USC 924(c)(1)(A) - Possession of Firearms in Furtherance of Drug Trafficking Crimes.

**Sentence imposed:**  60 months Bureau of Prisons, 60 months supervised release, and a $100 special assessment

**Dates and Mode of Travel:**  January 4, 2008, to January 8, 2008.

**Purpose:**  In October 2006, Mr. Chavez-Gudino requested that his parents obtain an immigration visa.  On or about December 16, 2007, Mr. Chavez-Gudino received notification that he must appear in Juarez, Mexico, in order to attend an interview at the U.S. Embassy/Consulate scheduled for January 7, 2008.

RE:   Abram CHAVEZ-GUDINO
     Docket Number:   2:00CR00432-05
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
United States Probation Officer

DATED:   December 27, 2007
     Sacramento, California
     KMM:jz

REVIEWED BY:   /s/   Lori L. Koehnen (for)
     **KYRIACOS M. SIMONIDIS**
     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved: x**

**Dated:  December 28, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE