UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Abram CHAVEZ-GUDINO
                                        Docket Number:  2:00CR00432-05
                                        PERMISSION TO TRAVEL
                                        <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Michoacan, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 28, 2001, the releasee was sentenced for the offense(s) of 18 USC 924(c)(1)(A) - Possession of Firearms in Furtherance of Drug Trafficking Crimes.

**Sentence imposed:**  60 months custody of Bureau of Prisons; 60-month term of supervised release; $100 special assessment.  Special conditions include: Search; Financial disclosure: Drug and alcohol treatment and testing program; Aftercare co-payment; Drug offender registration; and Cooperate with INS.

**Dates and Mode of Travel:**  December 19, 2008, to January 12, 2009.  He will be driving himself in his own vehicle.

**Purpose:**  To care for his mother who is having back surgery on or about December 23, 2008.

**RE:**   Abram CHAVEZ-GUDINO
Docket Number:   2:00CR00432-05
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
Senior United States Probation Officer

**DATED:**   October 28, 2008
Sacramento, California
CJM/jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

**Approved  X**

Date:   October 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE